JUDGE KAPLAN

Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFFS
INGOSSTRAKH JOINT STOCK INSURANCE
COMPANY LIMITED OF RUSSIA



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGOSSTRAKH JOINT STOCK INSURANCE
COMPANY LIMITED OF RUSSIA,

               Plaintiff,

       -against-

WUXI ANTAI POWER MACHINERY CO. LTD.,

               Defendant.

---

08 Civ. _____(____)

**VERIFIED COMPLAINT**

Plaintiff, Ingosstrakh Joint Stock Insurance Company Limited of Russia ("Plaintiff" or "Ingosstrakh"), by and through their attorneys, Holland & Knight LLP, for its verified complaint against defendant, Wuxi Antai Power Machinery Co. Ltd. ("Defendant" or "Wuxi Antai"), allege, upon information and belief, as follows:

    1.     This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.      At all times material herein, plaintiff Ingosstrakh was and is a business entity organized and existing under the laws of Russia and maintains a place of business at Ul. Pyatnitskaya 12/4, Moscow, Russia.

3.      Upon information and belief, at all times material herein, defendant Wuxi Antai is a business entity organized and existing under the laws of the People's Republic of China with a registered address at No. 9, Tangnan Yizhi Road, Nanchang District Wuxi, Jiangsu 21400 China.

4.      Plaintiff is the marine hull insurer of Valetta Holding Corporation of the British Virgin Islands ("Valetta") as the owner and/or manager and/or subsidiary and/or affiliated and/or associated company and/or bareboat charterer of the M/V MASTER K ("Vessel").

5.      Plaintiff brings this claim as subrogee with regards to Valetta's claim against Wuxi Antai regarding damages to the Vessel caused by Defendants.

6.      On or about November 11, 2005, Valetta purchased the Vessel from Tenglong Shipyard, Zhejiang pursuant to a Memorandum of Agreement on Norwegian Saleform 1993, as amended ("MOA").  A true and correct copy of the MOA is annexed as Exhibit 1.

7.      The Vessel's engine was manufactured by the defendant Wuxi Antai.  A true and correct copy of the Wuxi Antai Certificate of Product is annexed as Exhibit 2.

8.      The Vessel was delivered to Valetta brand new, but three major main engine breakdowns occurred within the first nine months following delivery.

9.      The first serious main engine breakdown occurred on or about March 12, 2006, during the Vessel's maiden voyage from Shanghai to La Spezia. The cause was reported to be a missing securing wire that allowed a gear train bolt to come loose and fall into the gears causing damage.  Wuxi Antai was unable to send representatives to mend the engine, so repairs were carried out by the crew.

2

10.    On or about June 9, 2006, during a ballast voyage from Hereke, Turkey to Kerch, Ukraine, the Vessel suffered a second main engine breakdown. The reported failure was due to faulty securing of bolts at the time of the new building.  The engine repairs were carried out in Varna, Bulgaria.  Wuxi Antai sent a representative from China to oversee the repairs.  The engine repairs were not completed until September 23, 2006.  A true and correct copy of the Salvage Association's report regarding this engine breakdown is annexed as Exhibit 3.  A true and correct copy of the Wuxi Antai Warranty for Repaired Engine relating to these repairs is annexed as Exhibit 4.

11.    On or about October 23, 2006, during a ballast voyage from Italy to Ukraine the Vessel suffered a third breakdown.  The engine crankshaft was damaged.  Wuxi Antai sent a representative and spare parts from China, and the repairs were effected in Piraeus, Greece.  A true and correct copy of the Salvage Association's report regarding this engine breakdown is annexed as Exhibit 5.  A true and correct copy of the Wuxi Antai Crankshaft Report is annexed as Exhibit 6.

12.    According to the insurance policy, Plaintiff has indemnified the insured and subrogor, Valetta, under the relevant hull policy in the amount of USD $617,000 for towage and repairs related to the three engine breakdowns.

13.    On March 11, 2008, a claim was filed by Ingosstrakh against Wuxi Antai in the courts of the People's Republic of China. Plaintiffs are not seeking security for costs and attorneys fees expending while prosecuting its claims to completion.

14.    Upon information and belief, it will take approximately three years for the Plaintiff's claims against Defendant currently pending in the Chinese courts to be prosecuted to

completion. Accordingly, Plaintiff seeks prejudgment interest on its underlying claim in the amount of US$97,177.50 (US$617,000 x 0.0525/year x 3 years).

15. Based on the preceding, Plaintiff's total claim against Defendants is US$714,177.50 (including interest).

16. Defendant is not found within the Southern District of New York but do have assets, good or chattels within the jurisdiction, to wit: funds or accounts held in the name (or names) of Wuxi Antai Power Machinery Co. Ltd. with, upon information and belief, the following financial institutions: Bank of America, N.A.; Bank of China; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Banco Popular; China Trust Bank; Industrial Bank of Korea; Shin Han Bank; Great Eastern Bank; Nara Bank; United Orient Bank; or any other financial institution within the Southern District of New York.

**WHEREFORE**, Plaintiff demands judgment as follows:

1. That process in due form of law according to the practice of this Court in the form of a writ of maritime attachment be issued against bank accounts and other property of Wuxi Antai Power Machinery Co. Ltd. with the financial institutions noted above in paragraph 16;

2. That Wuxi Antai Power Machinery Co. Ltd. and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

3. That judgment be entered in favor of Ingosstrakh Joint Stock Insurance Company Limited of Russia in the amount of US$714,177.50; and,

4

4.     That this Court grant Ingosstrakh Joint Stock Insurance Company Limited of Russia, such other and further relief which it may deem just and proper.

Dated: New York, New York
       April 3, 2008

HOLLAND & KNIGHT LLP

By: _____

Michael J. Frevola
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel:    (212) 513-3200
Fax:    (212) 385-9010

*Attorneys for Plaintiffs
Ingosstrakh Joint Stock Insurance
Company Limited of Russia*

## VERIFICATION

STATE OF NEW YORK          )
                                             :ss.:
COUNTY OF NEW YORK      )

    **MICHAEL J. FREVOLA**, being duly sworn, deposes and says:

    I am a member of the firm of Holland & Knight LLP, counsel for Ingosstrakh Joint Stock Insurance Company Limited of Russia ("Plaintiff"), plaintiff in the foregoing action. I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I have reviewed documentation provided to me by Plaintiffs and corresponded with Plaintiffs' representatives regarding this matter. I am authorized by Plaintiff to make this verification, and the reason for my making it as opposed to an officer or director of Plaintiff is that there are none within the jurisdiction of this Honorable Court.

_____
                Michael J. Frevola

Sworn to before me this
3rd day of April, 2008

_____
Notary Public

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010____

# 5236852_v1

# EXHIBIT 1

# MEMORANDUM OF AGREEMENT

Norwegian Shipbroker' Association s Memo-
randum of Agreement for sale and purchase of
ships. Adopted by The Baltic and International
Maritime Council (BIMCO) in 1956
Code-name
**SALEFORM 1993**
Revised 1966, 1983 and 1986/87.

Dated: 30/11/2005  Contract No.: 05SCCK/45759VG

| | |
|---|---|
| 1. | EASTLAND SHIPPING CO.,LTD., TEDA,CHINA ON BEHALF OF SHIPYARD TENGLONG SHIPYARD, ZHEJIANG, VIA AGENT: | 1 |
| 2 | CHINA COMMUNICATIONS IMPORT AND EXPORT CORP. | 2 |
| | 6/F.CHINA MERCHANTS TOWER,NO.118, JIAN GUO LU, CHAOYANG DISTRICT, BEIJING,CHINA | |
| 3 | hereinafter called the Sellers  have agreed to sell  and | 3 |
| | | |
| 4 | VALETTA HOLDING CORPORATION BVI | 4 |
| 5 | Akara Bldg. 24 De Castro Street  Wickhams Cay I  Road Town | 5 |
| 6 | Tortola, British Virgin Islands | 6 |
| 7 | hereinafter called the Buyers  have agreed to buy  and | 7 |
| | | |
| 8 | Name: M/V "QIN FENG 137 | 8 |
| 9 | Classification Society/Class: International SHIP CLASSIFICATION | 9 |
| 10 | Built:   2005                                           By:  TENGLONG SHIPYARD, ZHEJIANG, CHINA | 10 |
| 11 | Flag:  CHINA                          Place of registration: TAIZHOU CHINA | 11 |
| 12 | Call Sign:  ----------              GRT/NRT: 4908 / 2748 | 12 |
| 13 | Register Number:  Providing afterwards upon the ISC CLASS | 13 |
| 14 | hereinafter called the Vessel  on the following terms and conditions: | 14 |
| 15 | Definition | 15 |
| 16 | Banking days are days on which banks are open both in the country of the currency | 16 |
| 17 | stipulated for the Purchase Price in Clause 1 and in the place of closing stipulated in Clause 8 | 17 |
| 18 | In writing or written means a letter handed over from the Sellers to the Buyers or vice versa  a registered | 18 |
| 19 | letter telex  telefax or other modern form of written communication | 19 |
| 20 | 'Classification Society  or 'Class  means the Society referred to in line 9 | 20 |
| 21 | **1.  Purchase price** | 21 |
| 22 | The purchase price of the vessel shall be US DOLLARS FOUR MILLION AND TWO HUNDRED  THOUSAND  ONLY | 22 |
| 23 | (USD4 200 000-) | 23 |
| 24 | | 24 |
| 25 | | 25 |
| 26 | | 26 |
| 27 | | 27 |
| 28 | **2  Deposit** | 28 |
| 29 | As security for the current fulfillment of this Agreement the Buyers shall pay a deposit of 10% (ten percent) of the | 29 |
| 30 | Purchase Price within 3 banking days from the date of this Agreement  This deposit shall be placed with | 30 |
| 31 | CHINA MERCHANTS BANK, and transferred to the name of the Sellers. Interest if any to | 31 |
| 32 | be credited to the Buyers  Any fee charged for holding the said deposit shall be borne equally by the Sellers and the Buyers | 32 |
| 33 | **3.  Payment** | 33 |
| 34 | The said Purchase Price shall be paid in full together with the 10% deposit as per clause 2 above free of bank charges | 34 |
| 35 | to the account of the Sellers as advised by them on delivery of | 35 |
| 36 | vessel, but not later than 3 banking days after the Vessel is in every respect | 36 |
| 37 | physically ready for delivery in accordance with the terms and conditions of this | 37 |
| 38 | Agreement and Notice of Readiness has been given in accordance with clause 5 | 38 |



| | |
|---|---|
| 39 | 4. Inspections |
| 40 | The Sellers accepted remarks of Buyers Surveyor and the Ship to be delivered at Taizhou |
| 41 | with rectified deficiences. So the deal is definitely outright and subject to the terms |
| 42 | and conditions of this M.O.A The list of the remarks to be attached to the Addendum nr. 1 of the present M.O.A. |
| 43 | 5. Notice, time and place of delivery |
| 44 | The Sellers shall keep the Buyers well informed of the Vessel s itinerary and shall |
| 45 | provide the Buyers with 15/10/7/5 approximate notice of vessel expected delivery and then shall tender 3/2/1 |
| 46 | days definite notice of readiness for delivery When the |
| 47 | vessel is at the place of delivery and in every respect physically ready for delivery in accordance with |
| 48 | this Agreement, the Sellers shall give the Buyers a written Notice of Readiness for delivery Sellers not to tender actual notice of |
| 49 | readiness until the vessel is ready in every respect for delivery in accordance with the MOA |
| 50 | The Vessel shall be delivered and taken over safely afloat at a safe and accessible berth or anchorage |
| 51 | at Taizhou port, China. |
| 52 | Expected time of delivery: 25th January - 15th February, 2006 |
| 53 | Date of cancelling: 24:00 hrs local time, 16th February, 2006. |
| 54 | Vessel should be delivered cargo free with reasonably clean holds, charter free All vessel s major |
| 55 | machinery and equipment, hatch system, galley and catering equipment, navigation and radio |
| 56 | equipment safety equipment and installations shall be in good operational conditions |
| 57 | Should the Vessel become an actual constructive or compromised total loss before delivery the |
| 58 | deposit together with interest earned shall be released immediately to the Buyers whereafter this |
| 59 | Agreement shall be null and void |
| 60 | 6 Dry-docking/Divers inspection |
| 61 | The Vessel is to be delivered without dry-docking However, the Buyers shall |
| 62 | have the right at their expense to arrange for an underwater inspection by a diver approved by the |
| 63 | Classification society prior to the delivery of the Vessel The Sellers shall at their cost make the Vessel |
| 64 | available for such inspection The extent of the inspection and the conditions under which it is performed |
| 65 | shall be to the satisfaction of the Classification society |
| 66 | 7. Spares/bunkers, etc. |
| 67 | The vessel shall be delivered and taken over with everything belonging to the vessel on board ashore |
| 68 | or on order (at no cost to buyer) including all radio and navigational aids, and |
| 69 | broached/unbroached stores provisions and usded/unused spares ae onboard |
| 70 | All spare parts and spare equipment including spare tail-end shaft(s) and/or spare propeller(s)/propeller blade(s) if |
| 71 | any belonging to the Vessel used or unused, whether on board or not shall become the |
| 72 | Buyers property, but spares on order are to be excluded Forwarding charges if any, shall be for the Buyers account |
| 73 | The Sellers are not required to replace spare parts including spare tail-end shaft(s) and spare propeller(s)/propeller |
| 74 | blade(s) which are taken out of spare and used as replacement prior to delivery, but the replaced items shall be the |
| 75 | property of the Buyers The original radio & navigational equipments shall be included in the |
| 76 | sale without extra payment Unused stores and provisions shall be included in the sale and be taken over by the |
| 77 | Buyers without extra payment |
| 78 | There is no hired items on board |
| 79 | Captain's Officers and Crew's personal belonging including the slop-chest are to be excluded |
| 80 | from the sale. |
| 81 | Buyers shall take over and pay for remaining bunkers and unused lubolis in |
| 82 | unbroached/sealed drums at the Sellers net purchase price confirmed with supporting |
| 83 | vouchers, unused lub oils are defined as those lube oils which have not passed through the |
| 84 | system and which are stored in sealed drums or tanks |
| 85 | Payment under this Clause shall be made at the same time and place and in the same currency as the |
| 86 | Purchase Price |

| | | |
|---|---|---|
| 87 | 8   Documentation | 87 |
| 88 | The place of closing : TAIZHOU -CHINA | 88 |
| 89 | In exchange for payment of the Purchase Price the Sellers shall furnish the Buyers with delivery | 89 |
| 90 | documents, namely: | 90 |
| 91 | a) Legal Bill of Sale in a form recordable in the country in which the Buyers are  to  register  the | 91 |
| 92 | Vessel, warranting that the Vessel is free from all encumbrances,mortgages  and  maritime liens or | 92 |
| 93 | any other debts or claims whatsoever  duly notarially attested by such | 93 |
| 94 | relevantly competent authority. | 94 |
| 95 | b) Current Certificate of Ownership issued by the competent authorities of the flag state of | 95 |
| 96 | the Vessel. | 96 |
| 97 | c) Certificate of Deletion of the Vessel from the Vessel s registry or other official evidence of deletion appropriate to | 97 |
| 98 | the Vessel's registry at the time of delivery, or, in the event that the registry does not as a matter of practice issue such | 98 |
| 99 | documentation immediately, a written undertaking by the Sellers to effect deletion from the Vessel's registry | 99 |
| 100 | forthwith and furnish a Certificate or other official evidence of deletion to the Buyers promptly and latest within 20 | 100 |
| 101 | (twenty) days after the Purchase Price has been paid and the Vessel has been delivered | 101 |
| 102 | d) Any such additional  documents as may reasonably be required by the Buyers | 102 |
| 103 | At the time of delivery the Buyers and Sellers shall sign and deliver to each other a Protocol of Delivery and | 103 |
| 104 | Acceptance confirming the date and time of delivery of the Vessel from the Sellers to the Buyers | 104 |
| 105 | At the time of delivery the Sellers shall hand to the Buyers the classification certificate(s) as well as | 105 |
| 106 | all plans etc., which are on board the Vessel. Other certificates which are on board of the Vessel shall also be handed over | 106 |
| 107 | to the Buyers unless the Sellers are required to retain same, in which case the Buyers to have the right to take | 107 |
| 108 | copies  Other technical documentation which may be in the Sellers' possession shall be promptly forwarded to the | 108 |
| 109 | Buyers at their expense, if they so request  The Sellers may keep the Vessel's log books but the Buyers to have the | 109 |
| 110 | the right to take copies of same | 110 |
| 111 | e) Confirmation of Class issued within 72 hours prior to delivery | 111 |
| 112 | f) Current Certificate issued by the competent authorities stating that the Vessel is free from registered encumbrances | 112 |
| | | |
| 113 | 9.  Taxes,etc. | 113 |
| | | |
| 114 | Any taxes, fees and expenses in connection with the purchase and registration under the Buyers' flag | 114 |
| 115 | shall be for the Buyers account  where as similar charges in connection with the closing of the Sellers' | 115 |
| 116 | register shall be for the Sellers' account | 116 |
| | | |
| 117 | 10   Condition on delivery | 117 |
| | | |
| 118 | The Vessel with everything belonging to her shall be at the Sellers' risk and expense until she is delivered to the | 118 |
| 119 | Buyers, but subject to the terms and conditions of this agreement she shall be delivered and taken over | 119 |
| 120 | fair wear and tear excepted. At the time of delivery, the sellers to demonstrate all equipment. | 120 |
| 121 | machinery and systems on board to Buyers representatives in working condition. However, the | 121 |
| 122 | Vessel shall be delivered with her class maintained without condition/recommendation*, free of average damage | 122 |
| 123 | affecting the Vessels class  and with her classification certificates and national certificates, as well as all other | 123 |
| 124 | certificates the Vessel had, valid and unextended without condition/recommendation* by Class | 124 |
| 125 | or the relevant authorities at the time of delivery | 125 |
| 126 | *Notes, if any  in the surveyor's report | 126 |
| 127 | which re accepted by the Classification Society without condition/recommendation are not to be taken into account | 127 |
| | | |
| 128 | 11   Name/markings | 128 |
| | | |
| 129 | Upon delivery the Buyers undertake to change the name of the Vessel and alter funnel markings | 129 |
| | | |
| 130 | 12.  Buyers' default | 130 |
| | | |
| 131 | Should the deposit not be paid in accordance with Clause 2, the Sellers have the right to cancel this | 131 |
| 132 | Agreement, and they shall be entitled to claim compensation for their losses and for all expenses | 132 |
| 133 | incurred together with interest. | 133 |
| 134 | Should the Purchase Price not be paid in accordance with Clause 3, the Sellers have the right to cancel | 134 |
| 135 | the Agreement, in which case the deposit together with interest earned shall be released to the Sellers. | 135 |
| 136 | If the deposit does not cover their loss , the Sellers shall be entitled to claim further compensation for | 136 |
| 137 | their losses and for all expenses incurred together with interest | 137 |



138  **13  Sellers' default**                                                                        138

139  Should the Sellers fail to give Notice of Readiness in accordance with Clause 5 or fail to be ready to                139
140  validly complete a legal transfer by the date stipulated in line 53 the Buyers shall have the option of canceling this Agreement                140
141  provided always that the Sellers shall be granted a maximum of 3 banking days after Notice of                141
142  Readiness has been given to make arrangements for the documentation set out in Clause 8. if after                142
143  Notice of Readiness has been given but before the Buyers have taken delivery, the Vessel ceases to be                143
144  physically ready for delivery and is not made physically ready again in every respect by the date                144
145  stipulated in line 53 and new Notice of Readiness given, the Buyers shall retain their option to cancel                145
146  in the event that the Buyers elect to cancel this Agreement the deposit together with interest earned                146
147  shall be transferred back to them immediately                                                   147
148  Should the Sellers fail to give Notice of Readiness by the date stipulated in line 53 or fail to be ready to validly                148
149  complete a legal transfer as aforesaid they shall make due compensation to the Buyers for their loss                149
150  and for all expenses together with interest if their failure is due to proven negligence and whether or                150
151  not the Buyers cancel this Agreement In the event that the Sellers fail to deliver the Vessel by the date stipulated in line 53 the Buyers shall                151
152  entitled to claim compensation for their losses and for all expenses incurred together with interest                152

153  **14  Buyers' representatives**                                                                  153

154  After this Agreement has been signed by both parties and the deposit has been lodged, the Buyers                154
155  have the right to place three representatives on board the Vessel at their sole risk and expense upon                155
156  arrival, These representatives are on board for the purpose of familiarization and in the capacity of                156
157  observers only, and they shall not interfere in any respect with the operation of the Vessel  The                157
158  Buyers' representatives shall sign the Sellers  letter of indemnity  prior to their embarkation The                158
159  Sellers must provide boarding  lodging  and other required assistance to Buyers crew                159

160  **15  Arbitration**                                                                             160

161  This Agreement shall be governed by and construed in accordance with English law and any dispute arising out of this                161
162  Agreement shall be referred to arbitration in London in accordance with the Arbitration Acts 1950 and 1979 or any                162
163  statutory modification or re-enactment thereof for the time being in force  one arbitrator being appointed by each party                163
164  On the receipt by one party of the nomination in writing of the other party s arbitrator, that party shall appoint their                164
165  arbitrator within fourteen days, failing which the decision of the single arbitrator appointed shall apply. If two arbitrators                165
166  properly appointed shall not agree they shall appoint an umpire whose decision shall be final.                166

167  **16  This deal/negotiations to be kept strictly private and confidential**                     167

168  **17  ENCUMBRANCES.**                                                                           168

169  The Sellers warrant that the Vessel, at the time of delivery  is free from all charters, encumbrances, mortgages and                169
170  maritime liens or any other debts whatsoever  The Sellers hereby undertake to indemnify the Buyers against all                170
171  consequences of claims made against the Vessel which have been incurred prior to the time of delivery  The Sellers                171
172  to provide an undertaking letter to the Buyers at the time of delivery against all consequences of claims made                172
173  against the vessel which have been incurred prior to the time of delivery  Sellers to confirm in writing that to the                173
174  best of their knowledge that the vessel is not blacklisted by any country                       174

175  SIGNED BY SELLER:                          VALETTA HOLDING CORPORATION
                                                SIGNED BY BUYER                                      175

176  Date:                                      Date:                                               176




# Addendum No.1

# TO

## THE MEMORANDUM OF AGREEMENT
## (THE "M.O.A")
## DATED 30/11/ 2005
## FOR
## M/V "QIN FENG 137"
## (THE "VESSEL")

With reference to the above mentioned M.O.A. made by and between EAST LAND SHIPPING CO.LTD.TEDA,CHINA ON BEHALF OF SHIPYARD TENGLONG SHIPYARD,ZHEJIANG (hereinafter called the "Sellers") VIA AGENT:CHINA COMMUNICATIONS IMPORT AND EXPORT CORP. and VALETTA HOLDING CORPORATION BVI (hereinafter called the "Buyers"), the Sellers and the Buyers hereby mutually agreed as follows:

Bulwark not welded.

Material of fire valves is not accepted for using in sea water After two month of operating, this valves will be destroyed. Need replacement.

Air ventilation in $CO_2$ room missing, thermometer missing ,Cylinder not marked with in accordance of international requirement Test of alarm required

Safety box around bunkering connections are missing. To be installed for avoid oil pollution

Fire protection nets of air ventilation head to be replaced due material of nets is black steel and very thin

Accommodation doors to be replaced due construction is not accepted for seagoing vessels

All pipes passed from bulkheads without special connection It's very dangers due to fuel can come in water and water can mixed with fuel.

Water jet test of portholes and doors required

In all spaces air ventilation missing.

Electrical box(380V), on open deck to be replaced due construction of boxes is not waterproof

Life rafts capacity 10 person each and not IMO approved due to supply inside of life rafts out of international regulations  Also capacity of rafts must be 15 person each one Life boat installed only from one side  Construction must be close type, Second one close life boat to be installed together with launching appliance devices  Total must be two each boat from each side.

Inside funnel fire protection clapper missing

In space of funnel lights missing.

Compass repeaters are missing. To be installed. This international requirements

Navigational bridge doors to be replaced.

Hatch cover fittings to be replaced. Construction is not accepted, Need more stronger

Bulwark to be reinstalled with international requirements. Depth must be 1100mm

Windlass is out of operating due to leakages of oil in hydraulic pumps.

Lights in cargo holds spaces missing

Gas oven to be replaced on electrical. To be installed

In steering gear room air ventilation missing. To be installed

All seavalves material is black steel. To be replaced due to after one month will be out of operation. This possible to do when vessel at shore.

Before tanks filling all tanks to be presented to owner representatives. To be checked with accordance of project.

Medical certificate for fresh water tank to be presented.

Hull, Main Engine Auxelary Engines, separators, boiler, fuel treatment station instructions and booklets must to be translated in English.

Seat trail test program to be presented to Buyers(owner representative) for confirmation.

Working time in sea trail test must be not less than 58 hrs (fifty-eight hours).

Light fuel separator missing.

Dabble skin pipe on engines are missing, alarm missing. To be installed.

Protection nets in seachest to be replaced due to material black steel

Vessel to be supplied with international requirements. Safety and fire equipments.

Radio equipments must be accepted for GMDSS area A3 and with accordance of international requirements.

Navigation wings to be reforced.

Sewage treatment plan to be replaced on collection tanks V=4 cbm

Fire pumps switch board to be installed on navigational bridge


Also please be noted that we would like to receive the ship under Tuvalu class of registry.

It's mean that full documentation SOPER, Garbage Manual, Cargo Manual must to be on board.


IN WITNESS WHEREOF, the parties hereto have caused this Addendum No.1 to the M.O.A to be duly executed.


For the Sellers:                                    For the Buyers:

EASTLAND SHIPPING CO.LTD.TEDA CHINA                 VALETIA HOLDING CORPORATION

ON BEHALF OF SHIPYARD                               BVI

TENGLONG SHIPYARD, ZHEJIANG

VIA CHINA COMMUNICATIONS IMPORT & EXPORT

CORP



# EXHIBIT 2

☒001

# 无锡市安泰动力机械有限公司
## WUXI ANTAI POWER MACHINERY CO., LTD
### 产 品 证 书
### CERTIFICATE OF PRUDUCT

兹证明本公司以下产品经检验符合证书注明标准的要求。

This is to certify that ,the following products of WUXI ANTAI POWER MACHINERY CO., LTD are found to comply with the requirements of the specified standards.

制造厂名: 无锡市安泰动力机械有限公司

Manufacture : WUXI ANTAI POWER MACHINARY CO., LTD

订货方: 浙江腾龙船厂

Purchaser : Zhejiang Teng Long Shipyard

产品名称: 曲轴

Product : crankshaft

认可证书号/Cert. no of approval: SHT0312002

图纸批准号 Approval no. of drawing:SBA02120427-1

用于: 船舶主机

Intended for : marine engine

产品编号/Serial no. : 05-71

产品检验标准/product inspection standard:

1. 中国船级社《钢质海船入级规范》（2006），第三篇，第9章
   Chapter 3, Part3 of Rules for The Classification of Sea-going Steel Ships(2006)
2. 中国船级社批准的图纸
   Drawing approved by CCS
3. GDJT—001A—002 《G300系列柴油机曲轴验收技术条件》
   (G300 series engines crankshaft inspection technical specification)

检验结果: 曲轴符合相关技术标准，合格。

Inspection Conclusion: The result of inspection comply with the technical requirement and criterion .the product is approved.

工厂检验员:
inspector:

验船师: CCS上海
surveyor:                Gu Chenglun

发证日期/Date of issue: 2006-7-5

EXHIBIT 3

AUG.14.2001 03:11                                      #0326 P.002

# THE SALVAGE ASSOCIATION

| To: Ingosstrakh Insurance Company | Cc: The Salvage Association Piraeus |
|---|---|
| Attention: Yulia Kashina | Attention: John Edmonds |
| GSS: 251297 | Piraeus Office Case No. TBA |
| Case name: "Master K" | Date: 15 June 2006 |

## INITIAL ADVICE

| | |
|---|---|
| Instructing Party: | Ingosstrakh Insurance Co / Yulia Kashina |
| Type of policy/instruction: | Hull and Machinery. |
| Instruction date: | 13 June 2006 |
| Vessel name: | "Master K" |
| Owners name and port of registry: | Valetta Holding Corporation BVI |
| | Port of Registry Funafuti |
| Official number: | 12590606 |
| IMO Number: | 9381811 |
| Year built/GRT/DWT: | 2006/ 4699/ 7415 |
| Classification society: | China Classification Society |
| Flag: | Tuvalu |
| Attending surveyor: | Lyubomir Djambazov |
| Contact Details: | Via Piraeus Office |
| Surveyed at: | Odesoss Shipyard, Varna Bulgaria. |
| | |
| Date: | 14 June 2006 |

Date and Nature of casualty:-     9 June 2006 – Main Engine Damage

It was reported that on 8 June the vessel was on a ballast passage Hereke, Turkey to Kerch, Ukraine. At 20.06 hrs the Chief Engineer was passing near the main engine when a crank shaft balance weight came out from unit No. 1, braking the crank case cover, part of the cylinder block in way of Units Nos. 1 and 2 and hit the starboard side ladder in the engine room. The main engine which had been operating at 540 RPM was immediately stopped. At the time of the alleged casualty the main engine was running at 540 rpm and the vessel was, making approximately 12 knots.

At the time of the incident all parameters of the main engine were reported to be within the limits, and this was confirmed by entries in the engine log book.

The above based on Chief Engineer's statement and Abstracts from log books, copies of which were presented for our perusal.



The Salvage Association is a trading style of BMT Salvage Limited

Member of the BMT group of companies
Registered Office: Goodrich House, 1 Waldegrave Road, Teddington, Middlesex, TW11 8LZ, UK



## THE SALVAGE ASSOCIATION

**Brief description & extent of damage:-**

Details of the Main Engine

| | |
|---|---|
| Manufacturer | Wuxi Antai Power Machinery Co. Ltd. |
| No. of cylinders | 8 |
| Bore | 300mm |
| Stroke | 380mm |
| Output | 2426 kW |
| Revolutions | 630 |

Damage Found

1. Cylinder liner No.1 was found cracked in the lower part approximately 150 mm in length.

2. Main bearing lube oil pipe of unit No.1 found smashed and disconnected from end main bearing cup coupling. Small part of the cylinder block in way of the lube oil pipe missing.

3. The cylinder block heavily contacted and sections broken off. On the crank case covers Nos.1 & 2 found with broken/missing piece with approximate dimensions 150 x 150 mm.

4. The cylinder block above the crank case cover No.1 found cracked approximately 100 mm with missing small piece.

5. The two balance weight securing bolts found broken in two. The lower part of the bolts were found blocked in the balance weight.

6. All lock screws of the connecting rod bolts connecting the balance weight to the crankshaft were not securing the bolts and hence it is possible for the bolts to unscrew.

7. Apart from the damage the split pins of the connecting rod nuts of the connecting rod caps in No.1 & No.2 units found broken.

8. The crank shaft was manually turned and all parts inspected by us. No visual damages observed.

**Nature and estimated time for repairs:-**

Main engine to be isolated and opened up completely for a detailed examination.

As the balance weight became detached from the crankshaft and contacted the engine block before it was thrown clear there is a possibility that there may be distortion on the alignment of the crankshaft and it should be removed for checking in the lathe.

# THE SALVAGE ASSOCIATION

The landing face for the balance weight on the crankshaft web to which the balance weight is "blue" fitted to examined together with the holes for the fitted bolts an and if these are found damaged the crankshaft may be condemned for further use.

All balance weights to bo removed from the crankshaft and all the scouring bolts and the threads examined for damage and / distortion. Any found damaged in any way to be replaced. On completion the crankshaft to be re-assembled with a new set of bearings.

The engine block to be removed and cleaned and all surfaces in the affected area tested with "magnaflux" to determine if there are additional fractures not visible to the naked eye. The makers and class to be consulted regarding a possible repair by "metalock" process of the known damaged sections. (See Surveyor's remarks).

All the securing bolts on the engine to be hardened up in accordance with the engine manufacturers' guidelines and locked in position to ensure they cannot come out of position.

Depending on the removal required it may be necessary to make an opening in the shell plate or bulkhead to remove the engine block and receive the replacement parts. There will also be extensive removals for access required.

On completion of the repairs the engine to be rebuilt using new joints and after flushing through the lubricating oil system the engine to be test run to the satisfaction of the interested parties. On completion of re-assembly the alignment of crankshaft to be checked and if necessary the engine to be re-chocked to bring it back into as designed condition.

The time of the permanent repairs is estimated to be approximately 25 working days providing the necessary parts are immediately available.

Dry dock is not necessary for the permanent repairs.

**Estimated cost:-**

For guidance only at this stage, the cost of permanent repairs, including repair costs and General Services for 25 days is estimated to be in the region of USD 750,000 allowing for renewal of the lower part of the block and the crankshaft.
We will provide a further estimate when the full extent of the damages and renewals required are determined.

**Cause of damage:-**

## THE SALVAGE ASSOCIATION

For the guidance of those concerned, we are of the opinion that the damage forming the subject of this report could have been sustained as a result of the casualty of the nature of that alleged, namely – breaking of crank shaft balance weight connecting rod bolts of Unit No1 and balance weight went out from the cylinder block to the engine room space.

The actual cause of the failure is believed to be from faulty securing of the bolts at t' time of the new building.

### Status of repairs:-

The repair works were not started. The Owners are waiting for the attendance of the main engine manufacturers' representative.

| | | |
|---|---|---|
| **ISM DOC** | **details:-** | Issued by International Ship Classification, at Singapore, on 17 March 2006 and valid until 15 March 2011. |
| **ISM SMC** | **details:-** | Issued by International Ship Classification, at Shanghai, on 20 January 2006 and valid until 20 July 2006. |
| **Casualty ISM reported:** | | Yes |

### Remark:

The engine has only been in operation for a total of 1624 running hours since new building and in view of this the owners are we understand to request a new engine block to replace the damaged one.

As the engine was new no maintenance work had been carried out by the crew to any of the units, and the condition found with regard to split pins and locking devices was as the engine was delivered from the manufacturer.

We understand that the engine is still under guarantee from the manufacturer.

Photographs of the condition found are attached for reference

We will keep you advised.

The Salvage Association Varna

# THE SALVAGE ASSOCIATION



Balance weight connecting rod bolt broken.



Crank case cover broken.
Pieces from the cylinder block.
The two connecting rod bolts broken and bent.

AUG.14.2001 03:12                                                    #0326 P.007 /008

# THE SALVAGE ASSOCIATION



Cylinder block damage. Some pieces of the frame — missing.



Cylinder block damage. Some pieces of the frame — missing.



Cylinder block cracked

AUG.16.2001 03:12                                          #0326 P.008 /008

# THE SALVAGE ASSOCIATION



Main bearing lube oil pipe of unit No.1 smashed. Small part of the cylinder block two the lube oil pipe found missing.



All lock screws of the connecting rod bolts connecting the balance weight to the crankshaft are not securing the bolts and practically are not protecting the bolts to unscrew.



# EXHIBIT 4

022-6529290  王曉峰 信件收.

# WARRANTY FOR REPAIRED ENGINE

Name of ship:    "MASTER, K"

Time of repair:    sep. 2, 2006 ~ sep. 26,2006

Causation of repair:  the M30X2  bolts of balance weight of cylinder no.1 was broken,  the balance weight damage the exhaust side of the engine frame, the

Connecting rod (cylinder no.1)was distorted and the liner (cylinder no.1)was cracked.

Content of repair: changed the engine frame、 connecting rod and liner of cylinder no.1, checked relevant parts and components.

Process of repair: the repair was performed by a repairing yard in VARNA port, Directed and supervised by a engineer from wuxi antai power machinery Co.,Ltd.  During the repair , the damaged engine frame , connecting rod and liner of cylinder no.1 were replaced. Our company guarantee 6 months' warranty of the repaired parts and components.

The G300 series engines of our company are products with Chinese self-determination intellectual property, they are produced according to relevant Chinese codes, without any other kind of license .

WUXI ANTAI POWER MACHINERY CO.,Ltd.



2006-10-30

EXHIBIT 5

# THE SALVAGE ASSOCIATION
## HELLAS

| To | Ingostrakh Insurance Company | Date | 27 October 2006 |
|---|---|---|---|
| Atten. | Anastasiya Tikhonova | Rpt No. | H09/07 |
| GSS no. | 252286 | | |
| Case name | MASTER K | | |

## ADVICE 1

Instructing party                  : Ingostrakh Insurance Company
Type of policy / Instructions      : H&M
Name of project                    : N/A
Instruction date                   : 24 October 2006
Vessel's Name                      : MASTER K
Type of vessel                     : Multipurpose
Owners name                        : Valetta Holding Corporation
Port of Registry                   : Funafiti
Flag                               : Tuvalu
IMO number                         : 9381811
Year built/GRT/DWT                 : 2006 China / 4,699 / 7,415
Classification society             : IS Class (International Ship Classification)

Attending Surveyor   :  Dinos Levantis
Surveyed at          :  Drapetsona repair quay, Piraeus, Greece
Date                 :  25 October 2006

### Date and Nature of casualty:

**23 OCTOBER 2005 - MAIN ENGINE DAMAGE**





The Salvage Association HELLAS is a trading style of BMT Salvage Hellas Limited

Member of the BMT group of companies
Registered Office: Goodrich House, 1 Waldegrave Road, Teddington, Middlesex, TW11 8LZ, UK
Registered in England No 4147467

## History of events

According to the vessel's master and chief engineer verbal statement, (deck & engine log books being in the Russian Language), the following sequence of events was established.

On 20 October 2006, the vessel sailed in ballast from Vasto, Italy to Mariupol , Ukraine.

On 23 October she was crossing Kafirea strait , (West of Andros Island) sailing north bound, when at about 15:00 hrs LT the main engine tripped on the low lub oil pressure .

The 2nd engineer in attendance at that time informed the chief engineer who after inspection of the crankcase found the crankshaft fractured in way of no.6 crankpin.

The master informed the owners who made arrangements with Karapiperis tug company to tow the vessel back to Piraeus.

Tug boat Karapiperis 14 arrived at about 23:11 hrs same day and made fast. At about 23:47 hrs the convoy departed and arrived at Piraeus area on 09:30 hrs on 24 October.

The vessel then shifted to Drapetsona repair quay and was stern moored at about 13:00 hrs on the same day

## Extent of Damage

Engine : WUXI SIDA POWER (Chinese make)
No of cylinders :8
Type:G8300ZC22BH
Engine number:0509067
Rated power / revolution: 2206 bhp at 600 rpm

At time of our survey the engine was still packed

Through the crankcase doors on the starboard side a crack was visible on the forward crank-web of no 6 crankpin. As far as it could be seen at this stage, the crack propagates from the crack-web around the circumference of to the crankpin no.6.

The no.6 connecting rod was in place but the bearing shell forward section found deformed

**Nature of repairs**

Engine to be completely dismantled and all components to be removed.

All connecting rods to be inspected and calibrated

Crankshaft to be renewed with new set of bearing shells

Engine bedplate pockets to be inspected / calibrated

Note:

A new crankshaft and an engine bedplate along with a damaged cylinder block were found on board stored on the deck between forecastle and no.1 hold hatch coaming.
It was reported that these parts were delivered in Varna during September 2006.
No certificates were found on board for the crankshaft and bedplate

**Estimated repair time**

About 30 days afloat

**Estimated Cost of repairs**

For guidance only EUR 300,000 including general expenses and spares. This cost will be revised once we have the quotation from the repairers and once the full extent of damage becomes known, (especially in the engine bedplate), and confirmation of cost of spares.

**Status of repairs**

Permanent repairs in hand

| | | |
|---|---|---|
| ISM SMC details | : | Valid to 6 March 2007 |
| ISM DOC details | : | Valid to 28 September 2007 |
| Casualty ISM reported | : | Yes |
| Prior related ISN reports | : | Reportedly Yes |

**Remarks**

1. Cause of damage under investigation.

2. According to chief engineer & master, the vessel statement the engine sustained damages on the following previous occasion

   March 2006 on the maiden voyage from China to Italy when one of gear train gears holding bolts got loose and damaged the gear train. The vessel was towed to Sri Lanka and repairs were carried out

   June 2006 on a voyage from Turkey to Ukraine when the crankshaft counterweight, (in no.1 crankpin), got loose and damaged the engine block. The vessel was towed to Varna and repairs were carried out.

   We will looking into the particulars of the above damages, (with whatever information are available on board), and will inform you in due course.

3. We have requested the Owners to provide us with a copy of the quotation of the repairs. So far one quotation received from NAV Marine Ltd , (EUR 110,000 / 20 days repairs )

4. We have requested the agents to contact the managers and advice when they will be sending their superintendent on board and the engine makers service engineer to follow this major repair.
   We were informed that no superintended will be coming to follow up the repairs, whilst managers are trying to located the engine makers representative in this area.

5. We also advised the master / owners to inform the vessel's class.

6. We have requested the chief engineer to sent a lub oil sample for analysis.


We shall revert once the engine is dismantled and we have access to the fractured parts.

We attach a photo for the fractured crackshaft


SA Piraeus



**Fractured crank-web**



# 中 国 船 级 社
## CHINA CLASSIFICATION SOCIETY

证书格式号/Form: P01.00-SH000075

## 产 品 证 书
### CERTIFICATE OF PRODUCT

证书编号/Certificate No. SH05P01491

兹证明应 _____ 无锡市安泰动力机械有限公司 _____ 的申请,

下列产品经本社曾名验船师检验,符合本证书注明标准的要求。

This is to certify that, upon request of
WUXI ANTAI POWER MACHINERY CO.,LTD.

the following products have been inspected by the undersigned surveyor to the Society and are found to comply with the requirements of the specified standards.

| | |
|---|---|
| 制造厂名 Manufacturer | 无锡市安泰动力机械有限公司 WUXI ANTAI POWER MACHINERY CO.,LTD. |
| 订货方 Purchaser | Nil. |
| 产品名称 Product | 船用柴油机 Marine Diesel Engine |
| 认可证书号/Cert. No of Approval: SHT03120022 | 图纸批准号/Approval No. of drawings: SHA02120427-1 |
| 用 于 Intended for | 船舶主机 |
| 产品编号 SerialNo. | 0509067 |

产品检验标准/ Product Inspection Standard

1.中国船级社批准的图纸
Drawings approved by CCS

2.中国船级社:《钢质海船入级与造造规范》(2001)及其2002/2003年修改通报第3篇,第9章和第1章,第1节
CCSRules and Regulations for the Construction and Classification of Sea-going Steel Ships(2001) and Revisions 2002/2003 Part 3, Chapter 9 & Chapter 1, Section 1

产品检验标志/ Marking

| | | |
|---|---|---|
| 位置/Position | 在产品上/ On the product | |
| 标志样式/Type of Marking | | SH05P01491 |

| | | |
|---|---|---|
| 发证日期 Date of issue | 2005年5月24日 May 24, 2005 | 验船师 Surveyor _____ Gu Chengjun |

本证书根据中国船级社《船用产品检验规程》签发,关于验船师的验船及本证书的有关细则,请参阅本证书背面有关说明。本证书若超过一页时,各项内容应作为一整体理解,不可断章取义。每一份证书不加盖本社及其办事处的印章无效。若需证明证书真实性,可向本社及其办事处查询。

This Certificate is issued pursuant to the Regulations for Survey of Marine Products and related procedures of the Society. Refer to the back of the certificate for detailed requirements of the certificate. When the certificate consists of more than one page, all pages of the certificate are taken as a whole and are not disadvantageous. No certificate space is valid without bearing the stamp of the Society and no copied form of the certificate is regarded as valid. Any part of the certificate is not to be construed or abridged by any force. Related parties who are doubtful about the authenticity of the certificate may inquire of the Society or its offices.

中国船级社总部/CCS Headquarters 北京市朝阳区朝外大街巧号联合大厦A座 邮编: 100006 Tel: +86(10)65130603 传真/Fax: +86(10)65130100

A Hide Century Square, 90 HongXiang Avenue, Beijing 100006 P.R.CHINA  网址/Web Site: htinf/www.ccs.org.cn

本证由由本社/CCS Local Office:  中国船级社上海分社  CCS Shanghai Branch  电话/Tel: +86(21)58853234 传真/Fax: +86(21)58853825

SH41752046

证书编号/Certificate No. SH05P01491

产品明细/Product Description

船用中速柴油机/MARINE MAIN DIESEL ENGINE

| | |
|---|---|
| 型式/Type | : G8300ZC22BH |
| 气缸数目/No of cylinder | : 8 |
| 气缸直径/Cylinder bore | : 300 mm |
| 活塞行程/Piston stroke | : 380 mm |
| 最高爆发压力/Max. firing pressure | : 14.70 MPa |
| 额定功率(MCR)/Rated output | : 2426 kW |
| 额定转速/Rated rev | : 630 r/min |
| 超负荷功率(110%)/Overload output | : 2668 kW |
| 超负荷转速/Overload rev. : | : 649 r/min. |
| 增压器型号/Turbocharger model | : VTR321 |
| 增压器编号/Turbocharger No | : 15892 |

其他/ Others

本证书所述产品不满足SOLAS 2000年修正案Ch. II-2/Reg.4.2.2.5.2和Reg.4.2.2.5.4要求。

中国船级社上海分社

CCS Shanghai Branch

*****本证书正文完/ End of Text*****

# EXHIBIT 6

FAX NO. :86 22 65292911    Nov. 02 2006 14:09    P1

FROM :

# Wuxi Antai power machinery Co.,Ltd

## Crankshaft Inspection report

Model : G3300

Part no.:8G-07-008

Serial no.:2005-071

## Inspection content:

1. dimension and tolerance

   Inspection result: accord with the drawing

   Conclusion: qualified

2. quality of material and heat treatment

   Inspection result: accord with the technical requirements

   Conclusion: qualified

3. magnetic particle inspection

   Inspection result: no visible magnetic mark

   Conclusion: qualified

4. mechanical properties test:

   Inspection result: tensile strength 827 N/mm² elongation percentage 4.2%

   Conclusion: qualified

5. nodular cast iron metallographic examination

   Inspection result:

| Graphite type class | Graphite size class | Pearlite | Ferrite | Iron phosphide eutectic | Carbide | Hardness |
|---|---|---|---|---|---|---|
| 3 | 6-4 | 96% | 2.5% | 1% | 1.5% | 260HB |

   Conclusion: qualified

6. ultrasonic flaw detection

   Inspection result: no obvious flaw

   Conclusion: qualified

7. static balancing test:

   Inspection result: accord with the accord with the technical requirements

   Conclusion: qualified

## Inspection Conclusion:

The result of inspection meet the technical requirement and criterion ,the product is approved.

Surveyor:

Date:    2006.