JUDGE KAPLAN    

Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
INGOSSTRAKH JOINT STOCK INSURANCE
COMPANY LIMITED OF RUSSIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| INGOSSTRAKH JOINT STOCK INSURANCE COMPANY LIMITED OF RUSSIA,<br><br>Plaintiff,<br><br>-against-<br><br>WUXI ANTAI POWER MACHINERY CO. LTD.,<br><br>Defendant. | **CORPORATE DISCLOSURE STATEMENT OF INGOSSTRAKH JOINT STOCK INSURANCE CO. LIMITED OF RUSSIA IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Michael J. Frevola, attorney for Plaintiffs Ingosstrakh Joint Stock Insurance Company Limited of Russia, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Plaintiff Ingosstrakh Joint Stock Insurance Company Limited of Russia:

Ingosstrakh Joint Stock Insurance Company Limited of Russia does not have any corporate parents, is not publicly traded, and its shares are not owned by publicly traded companies.

Dated:   New York, New York
           April 3, 2008

                              HOLLAND & KNIGHT LLP

                    By:  */s/ Michael J. Frevola*
                              Michael J. Frevola
                              Christopher R. Nolan
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:  (212) 513-3200
                              Fax:  (212) 385-9010

                              *Attorneys for Plaintiffs*
                              *Ingosstrakh Joint Stock Insurance Company*
                              *Limited of Russia*

# 5236916_v1