Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
INGOSSTRAKH JOINT STOCK INSURANCE
COMPANY LIMITED OF RUSSIA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-04-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGOSSTRAKH JOINT STOCK INSURANCE
COMPANY LIMITED OF RUSSIA,

        Plaintiff,

-against-

WUXI ANTAI POWER MACHINERY CO. LTD.,

        Defendant.

---

08 Civ. _____

**ORDER APPOINTING
PERSON TO
<u>SERVE PROCESS</u>**

    **UPON** application of Plaintiff Ingosstrakh Joint Stock Insurance Company Limited of Russia for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

MICROFILMED APR - 4 2008 -3 08 PM

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         April  4 , 2008

                                    SO ORDERED

                                    _____
                                            U.S.D.J.

# 5236919_v1