CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INGOSSTRAKH JOINT STOCK INSURANCE  :
COMPANY LIMITED OF RUSSIA,         :
                                   :
                    Plaintiff,     :    08-CV-3343
                                   :
         v.                        :    NOTICE OF
                                   :    APPEARANCE
WUXI ANTAI POWER MACHINERY CO. LTD.,:
                                   :
                                   :
                    Defendant.     :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       April 28, 2008

                                   CLARK, ATCHESON & REISERT
                                   Attorneys for Garnishee
                                   Societe Generale New York Branch

                            By:    _____
                                   Richard J. Reisert (RR-7118)
                                   7800 River Road
                                   North Bergen, NJ 07047
                                   Tel: (201) 537-1200
                                   Fax: (201) 537-1201
                                   Email: reisert@navlaw.com