UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INGOSSTRAKH JOINT STOCK INSUR. CO.,

        Plaintiff(s)

V.                          08-cv-3343 (LAK)

WUXI ANTAI POWER MACHINERY CO., LTD.,

        Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HON. LEWIS A KAPLAN:

                 ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

    This action will be dismissed without prejudice without any further action by the Court, on consent of plaintiff, unless on or before November 28, 2008, plaintiff shall have filed a proof of service on defendant or proof that plaintiff has succeeded in attaching property pursuant to the maritime attachment previously issued.

SO ORDERED.

                                        UNITED STATES DISTRICT JUDGE

Dated:    New York, N.Y.
            May 29, 2008